UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREMAIN LEAH CHALMERS,<br><br>Defendant. | CASE NO. CR13-5512BHS<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue the trial date. The Court, having considered the unopposed motion and the Defendant's speedy trial waiver, makes the following findings of fact and conclusions of law:

1. Defendant makes this request for medical reasons as she is in the midst of a high risk pregnancy, which was revealed to the Court at arraignment on September 9, 2013, and supported by Defendant's treating physician.

2. A continuance is necessary until two months after the anticipated delivery date, in order to protect the health of the mother and unborn child.

3. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B).

ORDER - 1

1      4.  Defendant waived speedy trial through July 1, 2014.

2      NOW, THEREFORE, IT IS HEREBY ORDERED

3      That the trial date is continued from October 29, 2013, to May 13, 2014, at 9:00 a.m. Pretrial Conference is set for May 5, 2014, 11:00 a.m.  Pretrial motions are due by March 27, 2014.  The resulting period of delay from September 29, 2013, to May 13, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

    Dated this 16th day of October, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2