UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREMAIN LEAH CHALMERS,<br><br>Defendant. | NO. CR13-5512 BHS<br><br>ORDER ON STIPULATED MOTION FOR AN EXTENSION OF TIME FOR GOVERNMENT'S RESPONSE |

Having reviewed the stipulated motion of the parties, it is hereby

ORDERED that the government's response date to the defense motions [dkt no. 25] is reset to April 16, 2014; and it is further

ORDERED that the defendant's reply is reset to April 23, 2014; and it is further

ORDERED that the defense motions are renoted for April 25, 2014.

DATED this 7th day of April, 2014.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Jerrod C. Patterson*
JERROD C. PATTERSON
Assistant U.S. Attorney

*U.S. v. Chalmers*, CR13-5512 BHS - 1
ORDER ON STIPULATED MOTION

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970