UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREMAIN LEAH CHALMERS,<br><br>Defendant. | CASE NO. CR13-5512BHS<br><br>ORDER |

THIS MATTER comes before the Court on Defendant's unopposed Motion for Modification of Conditions of Probation. The Court, having examined the files and records and being fully advised, NOW, THEREFORE,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. The call-in urinalysis condition applied to Defendant's release by Pretrial Services is REMOVED.

Dated this 15th day of August, 2014.

BENJAMIN H. SETTLE
United States District Judge

WAIVER