# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TREMAIN LEAH CHALMERS, <br><br> Defendant. | CASE NO. CR13-5512BHS <br><br> ORDER |

This matter comes before the Court on the Defendant's unopposed motion to continue the trial date. The Court, having considered the unopposed motion and subjoined affidavit of defense counsel and the Defendant's speedy trial waiver, makes the following findings of fact and conclusions of law:

1. Defense counsel was recently appointed to represent Ms. Chalmers on September 24, 2014, and needs additional time to review over 10,000 pages of discovery received by his office on October 27, 2014.

2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER - 1

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to ensure continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

4. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(i).

5. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B).

6. Defendant waived speedy trial through May, 31, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from November 4, 2014, to April 7, 2015, at 9:00 a.m. Pretrial Conference is set for March 30, 2015, at 11:00 a.m.  Pretrial motions are due by February 26, 2015.  The resulting period of delay from October 30, 2014, to April 7, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 3rd day of November, 2014.

BENJAMIN H. SETTLE
United States District Judge