THE HONORABLE BENJAMIN SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TREMAIN LEAH CHALMERS,<br><br>　　　　Defendant | Case No.: CR13-5512BHS<br><br>STIPULATED ORDER EXTENDING MOTIONS CUTOFF DATE |

Upon stipulation of the defendant, Tremain Chalmers, by and through her attorney of record, Zenon P. Olbertz, and the government, by and through Assistant United States Attorney Jerrod C. Patterson, to extend the motions cutoff date from February 26th 2015 to March 5th 2015, and further that the government agrees that said extension should apply to all parties, the Court finds that such an extension of time is reasonable, therefore,

***

***

***

***

***

STIPULATED ORDER EXTENDING MOTIONS CUTOFF DATE - 1

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441

1   IT IS HEREBY ORDERED that the deadline for filing of motions is extended to

2   March 5th 2015, and that said extension applies to all parties.

3   DONE this 2nd day of March, 2015.

_____
THE HONORABLE BENJAMIN H. SETTLE

LAW OFFICE OF
ZENON PETER OLBERTZ
Attorney for Defendant

By: _____
Zenon P. Olbertz
WSB #6080

U.S. ATTORNEY'S OFFICE

By: Approved Via E-Mail: 02/26/15
_____
Jerrod C. Patterson
Assistant U.S. Attorney

STIPULATED ORDER EXTENDING MOTIONS CUTOFF
DATE - 2

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441